ATLANTIC COMMUNICATION COMPANY, Respondent, *v.* LEOPOLD L. ZIMMERMAN et al., Appellants.

*Atlantic Communication Co.* v. *Zimmerman,* 182 App. Div. 862, appeal withdrawn.

(Submitted November 24, 1919; decided December 2, 1919.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the

first judicial department, entered May 3, 1918, reversing a judgment in favor of defendants entered upon a verdict and granting a new trial.

The motion was made upon the ground that it appeared from the resettled order of the Appellate Division that the reversal was on the facts.

*Isidor Unger* for motion.

*James A. Delehanty* opposed.

Motion granted on payment of costs and ten dollars costs of motion.